## WALKER *v.* WARDEN OF THE MARYLAND PENITENTIARY

[App. No. 11, September Term, 1964.]

*Decided July 31, 1964.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT, HORNEY, MARBURY and SYBERT, JJ.

PER CURIAM.

Assuming without deciding that *White v. Maryland,* 373 U. S. 59, is retroactive, application for leave to appeal will be denied for the reasons stated in the opinion of Judge Harris in the court below.

*Application denied.*

BRUNE, C. J., dissents.